No. 11-5957. Aaron Jackson, Petitioner v. Blaine Lafler, Warden.

565 U.S. 953, 132 S. Ct. 424, 181 L. Ed. 2d 276, 2011 U.S. LEXIS 7416.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-5996. Ulysses P. Gardner, Petitioner v. Milton Westberg, et al.

565 U.S. 953, 132 S. Ct. 424, 181 L. Ed. 2d 276, 2011 U.S. LEXIS 7426.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 433 Fed. Appx. 168.

No. 11-6010. Anthony Richard Encinas, Petitioner v. Arizona.

565 U.S. 953, 132 S. Ct. 424, 181 L. Ed. 2d 276, 2011 U.S. LEXIS 7367.

October 11, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two, denied.

No. 11-6024. Roger Yeadon, Jr., Petitioner v. Harley G. Lappin, Director, Federal Bureau of Prisons, et al.

565 U.S. 953, 132 S. Ct. 424, 181 L. Ed. 2d 276, 2011 U.S. LEXIS 7322.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 423 Fed. Appx. 627.

No. 11-6026. James M. Johnson, Petitioner v. Department of the Treasury.

565 U.S. 953, 132 S. Ct. 425, 181 L. Ed. 2d 276, 2011 U.S. LEXIS 7399.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 429 Fed. Appx. 964.

No. 11-6028. Dominic Robinson, Petitioner v. Burl Cain, Warden.

565 U.S. 953, 132 S. Ct. 425, 181 L. Ed. 2d 276, 2011 U.S. LEXIS 7351.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-6035. Anthony W. Glenmore, Petitioner v. United States.

565 U.S. 953, 132 S. Ct. 425, 181 L. Ed. 2d 276, 2011 U.S. LEXIS 7270.

October 11, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 12 A.3d 1172.